UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(Newark)

| | |
|---|---|
| IN RE:<br>STEVEN G. SAXTON,<br><br>　　　　　　Debtor. | Case No.   23-21177-VFP<br><br>Chapter  7 |
| FIRST NATIONAL BANK OF OMAHA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN G. SAXTON,<br><br>　　　　　　Defendant. | <br><br><br><br><br>A.P. No. 24-01141-VFP<br><br>Hon. Judge Papalia |

**STIPULATION FOR ORDER OF NONDISCHARGEABILITY**

Plaintiff, First National Bank of Omaha and Defendant hereby stipulate as follows:

**RECITALS**

1. On or about November 30, 2023, Defendant filed for relief under Chapter 7 of the Bankruptcy Code.

2. On the date of filing of the petition in this case, the Defendant was indebted to Plaintiff for a credit card debt with Account No. ending in 5405.

3. Plaintiff has filed an Adversary Proceeding objecting to the discharge of the debt. The Parties desire to resolve this matter without further litigation upon the terms and conditions herein.

4. Defendant does not admit herein to any of the facts as stated in the Complaint.

## AGREEMENT

5. The Parties agree that the sum of **$6,000.00** shall be due and owing and not be discharged in this bankrupcty.

6. The non-discharged sum of **$6,000.00** shall be paid as follows:

   a. On or before June 12, 2024, Defendant shall forward to Plaintiff a lump sum of $6,000.00.

7. Payment is to be made out to:

   **First National Bank of Omaha**

8. Payment is to be sent to:

   **FIRST NATIONAL BANK OF OMAHA**
   **c/o Cory Rooney**
   **P.O. Box 382**
   **Omaha, NE  68101**

9. Defendant acknowledges and stipulates that if Defendant fails to make the above payment, this Agreement shall be null and void.

10. Plaintiff agrees to dismiss this pending adversary proceeding with prejudice after receipt of the funds referenced in Paragraph 6.

11. Plaintiff will refrain from pursuing its rights under this agreement so long as Defendant makes payment provided for in paragraph 6 above. If Defendant defaults, however, Plaintiff shall have the right to pursue any legally available remedy, without further notice.

12. Defendant understands that he is waiving the right to a trial and the right to a discharge of this debt should he prevail at trial. Defendant has carefully considered this settlement with an attorney of his choice, or has voluntarily elected not to do so, after being given that opportunity.

13. The parties each agree to pay their own attorney fees and costs in this matter.

_____        6/11/24
Gregg Tabakin,                          Date
Fein, Such, Kahn & Shepard P.C.
6 Campus Drive
Suite 304
Parsippany, NJ 07054
973-538-4700
Email: gtabakin@feinsuch.com
Attorney for First National Bank of Omaha

_____        6-11-2024
Steven G. Saxton                        Date
152 Spring Street
Harrington Park, NJ 07640